## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF VERMONT

IN RE:                              )
                                    )          **Case No. 08-10933 cab**
**KANE, TIMOTHY**                   )          **Chapter 7**
**KANE, SHARYN**                    )

---

## NOTICE OF TRUSTEE'S INTENT TO SELL ESTATE PROPERTY
## PURSUANT TO 11 U.S.C. § 363(b)(1)

---

**TO ALL PARTIES IN INTEREST:**

**1.      PLEASE TAKE NOTICE:**

Pursuant to 11 U.S.C. § 363(b)(1), Fed. R. Bankr. P. Rules 2002(a)(2), (c)(1) and 6004 and Vermont Local Bankruptcy Rule 6004-1(c), this is a notice by Douglas J. Wolinsky, the Chapter 7 Trustee, to sell property other than cash collateral, owned by the above bankruptcy estate. This is a negotiated private sale, not in the regular course of business, and is subject to higher and better offers as set forth herein.

**2.      DESCRIPTION OF THE PROPERTY TO BE SOLD:**

The bankruptcy estate's interest in the non-exempt equity in the following personal property:  2006 Chevrolet Express LT G2500**,** Cargo Van / Wagon 3D**,** 6.0L V8 SFI, VIN 1GCGG25U861140303, with approximately 92,000 miles (the "Property"). The fair market value of the Property is $7,9375 based on the average of the average trade-in value and the clean retail value listed in the NADA guide to vehicle pricing and information. Upon information and belief, the vehicle is in average condition.

**3.      LOCATION OF THE PROPERTY:**

The Property is located at the Debtors' residence.

**4.      TERMS OF SALE:**

The Property will be sold to the Debtors, for the sum of $6,000.00, payable in monthly installments of $500.00 by certified check or wire transfer, with the first payment due by the first day of the month after entry of the Order approving the sale and each subsequent payment due by the first day of the eleven consecutive months.

**5.      CONDITION OF PROPERTY:**

The Property will be sold "as is-where is" with no warranties or representations of any kind whatsoever, whether expressed, implied or imposed by law. Furthermore, there will be no warranties relating to title, possession, or quiet enjoyment.

**6.      LIENS:**

There are no known liens on the Property.

**7.      OBJECTIONS TO SALE OF PROPERTY:**

Persons objecting to the sale of the Property proposed herein including persons wishing to submit higher or better offers must file a written objection with Thomas J. Hart, Clerk of the United States Bankruptcy Court for the District of Vermont, 67 Merchants Row, PO Box 6648, Rutland, Vermont 05702-6648, and effectuate service of a copy thereof on Douglas J. Wolinsky, Trustee at P.O. Box 1489, Burlington, Vermont 05402-1489, **both on or before October 5, 2010, at 4:00 p.m. EDT.**

**IF AN OBJECTION IS FILED TIMELY**, the Court will hold a hearing on the Motion and any objections at **11:00 a.m. on October 12, 2010**, at the following location: **U.S. District Court – Burlington, Federal Building, 11 Elmwood Avenue, Burlington, Vermont.**

**IF NO OPPOSITION IS TIMELY FILED, the Court may deem the matter unopposed and grant the motion without further hearing.**

**8.      PARTIES TO BE NOTICED:**

All creditors, parties in interest and other parties having so requested or appeared and whose names are on the current mail matrix will be noticed.

**9.      TIME FOR NOTICING:**

The Federal Rules of Bankruptcy Procedure require a twenty (20) day notice of this proposed sale.

DATED:  September 3, 2010              By:      /s/ Shireen T. Hart
                                                Shireen T. Hart, Esq.
                                                Primmer Piper Eggleston & Cramer PC
                                                P.O. Box 1489
                                                Burlington, VT 05402-1489
                                                (802) 864-0880

E00970-03526 / #17